UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COLEEN STOUTENBURG and<br>JAMES STOUTENBURG,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY,<br>OF AMERICA<br><br>    Defendant. | Case No. 4:12CV00709 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court upon the parties' Joint Motion to Remand Case to State Court [ECF No. 7] and the Order and Recommendation of United States Magistrate Judge Nannette A. Baker [ECF No. 8] pursuant to 28 U.S.C. § 636(b).

The Court has considered the Order and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate's Order and Recommendation in its entirety. The parties herein filed a Joint Motion to Remand upon recognizing that the Court no longer had subject matter jurisdiction based on diversity, due to a stipulation made by Plaintiffs demonstrating that the amount in controversy is less than $75,000. Consequently, the Court concludes that the parties' motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Remand Case to State Court [ECF No. 7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remand this action to the Circuit Court of the County of St. Louis, State of Missouri, from which it was removed.

Dated this   6th   day of June, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE